HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
LUIS GERALDO PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>LUIS GERALDO PINEDA,<br><br>    *Defendant.* | Case No.  1:13-cr-00325 LJO-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER<br><br>DATE:   June 2, 2014<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, MIA GIACOMAZZI, counsel for plaintiff, Assistant Federal Defender, JANET BATEMAN, counsel for defendant LUIS GERALDO PINEDA, that the hearing currently set for May 27, 2014 , **may be vacated and the matter reset for a change of plea hearing June 2, 2014 at 9:30 a.m. before District Judge Lawrence J. O'Neill.**

The parties are negotiating a non-fast track plea agreement.  Mr. Pineda is housed in the Lerdo facility, and the extension is necessary so that defense counsel can review with him the new proposed agreement.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 22, 2014          /s/ Mia Giacomazzi
MIA GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  May 22, 2014          /s/ JANET BATEMAN
JANET BATEMAN
Assistant Federal Defender
Attorney for Defendant
LUIS GERALDO PINEDA


**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **May 22, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Pineda: Stipulation to Vacate Status Conference and Reset for Change of Plea          2