UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                                  RE:    LUIS GERALDO PINEDA
                                          Docket Number: 1:13CR00325-001 LJO
                                          <u>**CONTINUANCE OF JUDGMENT**
                                          **AND SENTENCE**</u>

Your Honor:

This is to advise that the undersigned officer is requesting the above-referenced matter be continued from August 25, 2014, to September 29, 2014.

**REASON FOR CONTINUANCE:**

Because the defendant declined the Fast Track offer a full probation report needs to be prepared.  The defendant is housed at the Kern Detention Facility, Lerdo, California, and time is needed to conduct the interview and prepare the report.  The Defense counsel is in agreement with this continuance.

If you have any questions or concerns, please feel free to contact me at (559) 240-7587.

                                            Respectfully Submitted,

                                            /s/ Adrian Garcia
                                          **Adrian Garcia**
                                      United States Probation Officer

Dated: July 11, 2014
Fresno, California
Reviewed by:    /s/ Tim Mechem for
                       **Hubert J. Alvarez**
                       Supervising United States Probation Officer
   X   **Approved**
cc:          Docket Clerk
              United States Attorney (Mia Giacomazzi)
              Defense Counsel (Janet Bateman)
              United States Marshal
              Court Clerk
              Probation Office Calendar Clerk

IT IS SO ORDERED.

    Dated:  **July 11, 2014**                /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE